IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,<br><br>Petitioner,<br><br>v.<br><br>HELEN KELLER HOSPITAL,<br><br>Respondent. | Case No. 8:15CV468<br><br>**ORDER** |

This matter comes before the Court on Petitioner, Woodmen of the World Life Insurance Society's (hereinafter, "WoodmenLife"), Unopposed Motion to Compel pursuant to 9 U.S.C. § 7 (Filing No. 1). After reviewing the unopposed motion, evidence and arguments, the Court hereby grants the motion. Respondent, Helen Keller Hospital, shall produce the following identified records to WoodmenLife's counsel, Nicholas C. Olari, WoodmenLife, 1700 Farnam Street, Omaha, Nebraska, 68102, within 10 business days of receipt of this Order:

A. Any and all medical records existing from January 1, 2014 through October 31, 2015, including but not limited to: charts, reports, notes (by doctors, nurses, lab technicians, or other professionals involved in care, testing, diagnosis, or treatment), tests, test requests, test results, diagnoses, prognoses, office records, clinic records, therapy records, correspondence (electronic and written), billing records, payment records, and insurance records (including Medicare and Medicaid) pertaining to Sarah A. Hargett, XXX-XX-5379; and

B. Any other such record existing from January 1, 2014 through October 31, 2015 in the possession, custody or control of Respondent, and every such record to which Respondent has access, pertaining to Sarah A. Hargett, XXX-XX-5379.

December 29, 2015.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge

4828-1592-5635.2